THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DAVID TUCKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-1109-R |
| | ) | |
| **WAYNE McKINNEY, in his personal** | ) | |
| **capacity; JEFF DAVIS, in his personal** | ) | |
| **capacity; and MICHAEL E. REID,** | ) | |
| **in his personal capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered August 27, 2012. Doc. No. 51. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the motion of Defendants Wayne McKinney and Michael E. Reid for summary judgment on Plaintiff's Complaint [Doc. No. 33] is GRANTED.

IT IS SO ORDERED this 14th day of September, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE